**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00017-CR**
_____

**IN RE JOHN ROBERT MANNING**

**Original Proceeding
435th District Court of Montgomery County, Texas
Trial Cause No. 13-09-09713-CR (count 1 and count 2)**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus John Robert Manning asks this Court to compel the trial court to rule on a motion for findings of fact and conclusions of law. Manning refers to the case by the appeal numbers this Court assigned to his appeal from trial court cause number 13-09-09713-CR (count 1 and count 2). *See generally Manning v. State*, Nos. 09-13-00533-CR and 09-13-00534-CR, 2015 WL 8473347, at *1 (Tex. App.—Beaumont Dec. 9, 2015, pet. ref'd) (mem. op., not designated for publication). Our mandate issued on June 16, 2016.

1

"When a conviction has been affirmed on appeal and the mandate has issued, general jurisdiction is not restored in the trial court." *State v. Patrick*, 86 S.W.3d 592, 594 (Tex. Crim. App. 2002). The trial court may correct a judgment nunc pro tunc if the corrective action is ministerial. *See Ex parte Ybarra*, 149 S.W.3d 147, 148 (Tex. Crim. App. 2004). But a trial court "does not have a duty to rule on free-floating motions unrelated to currently pending actions. In fact, it has no jurisdiction to rule on a motion when it has no plenary jurisdiction coming from an associated case." *In re Cash*, No. 06-04-00045-CV, 2004 WL 769473, at *1 (Tex. App.—Texarkana Apr. 13, 2004, orig. proceeding) (mem. op.).

To obtain mandamus relief in a criminal case, the relator must show that he has a clear and indisputable right to the relief sought. *State ex rel. Rosenthal v. Poe*, 98 S.W.3d 194, 198 (Tex. Crim. App. 2003). Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on February 9, 2021
Opinion Delivered February 10, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.